| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Spiegel, S. Arthur | 2. Court or Organization United States District Court, SDO, WD | 3. Date of Report 07/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Senior District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  838 Potter Stewart United States Courthouse Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 AUG 10 A 9: 59 DISCLOSURE FINANCIAL OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Spiegel, S. Arthur | 07/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spiegel, S. Arthur | 07/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spiegel, S. Arthur | 07/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    See attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | | Name of Person Reporting<br>S. Arthur Spiegel | | | | Date of Report<br>07/27/10 | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | B.<br>Income during reporting period period | | C.<br>Gross value at end of reporting period period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | Amt Code (A-H) | Type (e.g. div., rent or int) | Value Code (J-P) | Value Method (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | **Brokerage Account # 1** | | | | | | | | | |
| 2 | Anadarko Petroleum Corp (APC) | A | Div | K | T | | | | | |
| 3 | Exxon Mobil Corp (XOM) | D | Div | M | T | | | | | |
| 4 | Fifth Third Bancorp Ohio (FITB) | A | Div | M | T | | | | | |
| 5 | Marathon Oil Corp (MRO) | B | Div | K | T | | | | | |
| 6 | PNC Financial Services Group (PNC) | B | Div | M | T | | | | | |
| 7 | Piper Jaffray Companies Inc (PJC) | | None | J | T | | | | | |
| 8 | Procter & Gamble Co (PG) | D | Div | N | T | | | | | |
| 9 | J M Smucker Company New (SJM) | A | Div | J | T | | | | | |
| 10 | U.S. Bancorp Delaware New (USB) | A | Div | L | T | | | | | |
| 11 | Union Pacific Corp (UNP) | B | Div | M | T | | | | | |
| 12 | United States Steel Corp (X) | A | Div | J | T | | | | | |
| 13 | Eaton Vance Balanced Fund (EVIFX) | A | Div | J | T | | | | | |
| 14 | Gateway Fund (GATEX) | B | Div | M | T | | | | | |
| 15 | Victory Ohio Muni Bond Fund (SOHTX) | C | Div | M | T | | | | | |
| 16 | Midfirst Bank OK US Rate 3.1% Fixed CD Matures 01/23/2009 | B | Int | L | T | Redemption | 01/23/09 | L | | |
| 17 | Westernbank PR Rate 2.3% Fixed CD Matures 07/30/2010 | B | Int | L | T | Buy | 01/23/09 | L | | |
| 18 | Bank North GA US Rate 3.7% Fixed CD Matures 07/17/2009 | B | Int | L | T | Redemption | 07/17/09 | L | | |
| 19 | Sterling Savings Bank WA US Rate 4.00% Fixed CD Matures 01/25/2010 | B | Int | L | T | | | | | |
| 20 | RMA Tax Free Fund Inc | A | Div | M | T | | | | | |
| 21 | **Brokerage Account # 2 - Trust** | E | Div & Int | P1 | T | | | | | |
| 22 | - UBS RMA Money Market Portfolio (FKA Victory Ohio Municipal Money Market Fund) | | | | | | | | | |

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt Code (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 23 | - Automatic Data Processing (ADP) | | | | | | | | | |
| 24 | - Exxon Mobil Corp (XOM) | | | | | Partial Sale | 01/02/08 | K | E | |
| 25 | - JP Morgan Chase & Company (JPM) | | | | | | | | | |
| 26 | - Pepsico Inc (PEP) | | | | | | | | | |
| 27 | - Pfizer Inc (PFE) | | | | | | | | | |
| 28 | - Pitney Bowes Inc (PBI) | | | | | | | | | |
| 29 | - Procter & Gamble Co (PG) | | | | | | | | | |
| 30 | - 3M Co (MMM) | | | | | | | | | |
| 31 | - U.S. Bancorp (USB) | | | | | | | | | |
| 32 | - Berea Ohio 3.75% due 12/1/11 | | | | | | | | | |
| 33 | - Butler County, Ohio 4.95% due 12/1/10 | | | | | | | | | |
| 34 | - Cuyahoga County, Ohio 4.75% due 12/1/09 | | | | | Redemption | 12/01/09 | K | A | |
| 35 | - Eastern OH Regional Wastewater 4.25% due 12/1/10 | | | | | | | | | |
| 36 | - Nordinia Hills, OH School District 4.7% due 12/1/09 | | | | | Redemption | 12/01/09 | K | A | |
| 37 | - Hamilton County, Ohio 3.125% due 12/01/12 | | | | | | | | | |
| 38 | - Ohio State 3.50% due 03/01/11 | | | | | | | | | |
| 39 | - Deerfield Twp, Ohio 4.00% due 12/01/13 | | | | | | | | | |
| 40 | - Vanguard Short Term Tax Exempt Fund (VWSTX) | | | | | Buy / Buy | 01/28/09 / 03/11/09 | K / L | | |
| 41 | **Brokerage Account # 3 – Trust** | B | Div | M | T | | | | | |
| 42 | - Templeton Foreign Fund (TEFTX) | | | | | Partial Sale / Partial Sale | 09/10/09 / 12/09/09 | J / J | A / A | |
| 43 | - Victory Established Value Fund (GETGX) | | | | | Partial Sale / Partial Sale / Partial Sale | 01/15/09 / 03/18/09 / 12/09/09 | J / J / J | A / A / A | |
| 44 | - Victory Small Company Opportunity Fund (GOGFX) | | | | | Partial Sale / Partial Sale / Partial Sale | 01/15/09 / 06/12/09 / 12/09/09 | J / J / J | A / A / A | |

| | | Name of Person Reporting | | | | Date of Report | | |
|---|---|---|---|---|---|---|---|---|
| | | S. Arthur Spiegel | | | | 07/27/10 | | |

| | | B.<br>Income<br>during<br>reporting period<br>period | | C.<br>Gross value<br>at end of<br>reporting period<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt<br>Code<br>(A-H) | (2)<br>Type (e.g.<br>div., rent or<br>int) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>(Q-W) | (1)<br>Type (e.g., buy,<br>sell, merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE   (No reportable income, assets,<br>or transactions.) | | | | | | | | | |
| 45 | - Victory Diversified Stock Fund (GRINX) | | | | | Partial Sale<br>Partial Sale | 01/15/09<br>03/18/09 | J<br>J | A<br>A | |
| 46 | - Victory Government Reserves Fund | | | | | | | | | |
| 47 | **Brokerage Account # 4** | | | | | | | | | |
| 48 | -Victory Established Value Fund (GETGX) | A | Div | L | T | | | | | |
| 49 | -Victory Fund for Income (GGIFX) | B | Div | K | T | Partial Sale | 12/10/09 | K | A | |
| 50 | -UBS Ret Money Fund | A | Div | J | T | | | | | |
| 51 | **Brokerage Account # 5 – Trust** | A | Div | J | T | | | | | |
| 52 | - Victory Gradison Government Reserves | | | | | | | | | |
| 53 | - Gateway Fund (GATEX) | | | | | Full Sale | 03/03/09 | J | A | |
| 54 | - Harbor International Fund (HAINX) | | | | | Full Sale | 03/03/09 | J | A | |
| 55 | - IShares S&P 500 Index Fund | | | | | Full Sale | 03/03/09 | J | A | |
| 56 | - IShares Russell 1000 Value Index | | | | | Full Sale | 03/03/09 | J | A | |
| 57 | - IShares Russell 1000 Growth Index | | | | | Full Sale | 03/03/09 | J | A | |
| 58 | - Royce Total Return (RYTRX) | | | | | Full Sale | 03/03/09 | J | A | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Spiegel, S. Arthur | 07/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544